UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
DEC 03 2007
DEC 03 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mario L Hearring #K84655
P.O. Box 900
Robinson, IL 62454
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

07CV6850
JUDGE LINDBERG
MAGISTRATE JUDGE COLE

vs.

Chicago, IL police
Department 25th
District, Attention
Mr. Devine - State's
Attorney

Case No: _____
(To be supplied by the <u>Clerk of this Court</u>)

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**CHECK ONE ONLY:**

__X__   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
        U.S. Code** (state, county, or municipal defendants)

__X__   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
        28 SECTION 1331 U.S. Code** (federal defendants)

__X__   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.   Plaintiff(s):

Revised: 7/20/05

A. Name: Mario Hearring

B. List all aliases: None

C. Prisoner identification number: K84655

D. Place of present confinement: Robinson CC

E. Address: P.O. Box 900

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Mario Hearring

Title: Confiscation of Five Hundred (500) in Cash

Place of Employment: None (Confined)

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised: 7/20/05

II. Place of present confinement: ROBINSON CORRECTIONAL CENTER, ROBINSON ILLINIOS 62454

    A. Is there a prisoner grievance procedure in this institution?

        YES (X)    NO ( )

    B. If the facts in your complaint related to your imprisonment, did you use the prisoner grievance procedure to seek relief?

        YES ( )    NO (X)

    C. If your answer is **YES**:

        1. What steps did you take? _____

        2. What was the result? _____

    D. If your answer is **NO**, explain why not: THIS INSTITUTION WAS NOT AND IS NOT INVOLVED!

3

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (X) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (X) NO ( )

C. If your answer is YES:

1. What steps did you take? Filled out a state incarceration grievance containing complete factual truth regarding amount of currency taken ($500.00) and settlement offer being a mere pittance (unaccepted)

2. What was the result? Still awaiting response

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

Still pending — under investigation by state penal arbitrative board

D. If your answer is NO, explain why not:

Will consider appeal upon receival of response

3

Revised: 7/20/05

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

    A.    Is there a grievance procedure available at your institution?

           YES (✓)  NO ( )  If there is no grievance procedure, skip to F.

    B.    Have you filed a grievance concerning the facts in this complaint?

           YES (✓)  NO ( )

    C.    If your answer is **YES**:

        1.    What steps did you take?

        I have completely filed a grievance, and am awaiting responce from committee

        2.    What was the result?

        Still awaiting their responce

        3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

        Still Pending

    D.    If your answer is **NO**, explain why not:

    Unconditional (Law Suit In Process)

E.   Is the grievance procedure now completed?   YES ( )   NO (X)

F.   If there is no grievance procedure in the institution, did you complain to authorities?   YES (X)   NO ( )

G.   If your answer is **YES**:

   1.   What steps did you take?

   _VERBAL AND WRITTEN_

   2.   What was the result?

   _NO REPLY!_

H.   If your answer is **NO**, explain why not:

   _I AM NOT IN PERSUANCE OF FURTHER DISCREPANCIES!_

E. Is the grievance procedure now completed? YES ( ) NO (X)

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (X) NO ( )

G. If your answer is **YES**:

   1. What steps did you take?

      AM CONSIDERING FEDERAL LITIGATION.

   2. What was the result?

      STILL IN DISCUSSION WITH ATTORNIES

H. If your answer is NO, explain why not:

ANSWER IS SUE FOR THEFT AND FALSE ARREST, ATTENDED COURT ON FICTITIOUS CHARGES, CASE DISMISSED BUT DID NOT GET REIMBERSED FOR CURRENCY TAKEN AND WRONG AMOUNT REPORTED. 16TH WAS FIVE HUNDRED ($500.00) U.S. CURRENCY, BUT WAS RECORDED AS THREE HUNDRED AND LETTERS WERE SENT WITH PROMISE OF PARTIAL PAYMENT IF TERMS WERE AGREED TO AS COMMUNICATED IN WRITING

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: *None*

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *None*

D. List all defendants: *None*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *Cook County*

F. Name of judge to whom case was assigned: _____

G. Basic claim made: *To Re-Claim My Currency with Interest and Divulge "I.H. Legal Performance"*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised: 7/20/05

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: __NONE (AS OF YET.)__

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: __NONE__

D. List all defendants: __MARIO L. HEARRING__

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __COOK COUNTY, ILLINOIS__

F. Name of judge to whom case was assigned: _____

G. Basic claim made: __FOR MY ($500.00) FIVE HUNDRED DOLLARS PLUS COAT FOR ILLEGAL DAMAGES (ATTORNIES FEES__

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __STILL PENDING__

I. Approximate date of disposition: __UNKNOWN__

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

V. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The facts are "I feel I have been", "Ripped off" without justifiable reason or cause, for Five Hundred ($500.00) Dollars. In court I was found "Not Guilty" of charges I was arrested for and "Case Dismissed"! If any farther or ferther investigation is needed or neccessary, here are the complaint and case numbers:

06-0053736
X1-A-AE-44

Dropped and Dismissed!

## V. Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

My Claim, Is For The Claim Of, Five Hundred ($500.00) Dollars Of Which Was Ficticiously Recorded As Three Hundred ($300.00) U.S. Legal Tender, After Being Dropped Of Charges By The Honorable Judge, Then Dismissed. I Have A Legal Right To Be Re-Imbursed The Total Amount Of Cash The Arresting Officer Or Officers Took From Me. Without Doubt, Arguement, Or Some Other Form Of Delusion.

I Want And Am Much In Need Of My Cash. It Will Help Support My Needs And Wants; Especially While Incarcerated.

My God — Please?!!
If There Is Need Of Me, For Any

Type of further information, I can be located or reached at;

Robinson Correctional Center
P.O. Box 900
Unit 5-B, #K84655
Robinson, IL. 62454

I'll be waiting!

**VI.   Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Want What Legally Belongs To Me, My Money Plus Damages Sustained By Me Because Of Others Greed!

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20___

_____
(Signature of plaintiff or plaintiffs)

_____
(Print name)

_____
(I.D. Number)

_____

_____
(Address)

In Re Case 1:07-cv-06850 of Document 1 Filed 12/03/2007 Page 14 of 14 320139
the below listed proper... 7-0167
320139

NOTICE OF PENDING FORFEITURE

06-0053736

TO: Mario Hearring
4042 W. Wilcox
Chicago, IL 60624
hereby known as owner(s) and/or interest holder(s).

X1-A-AF-44

Accept

**YOU ARE HEREBY NOTIFIED THAT FORFEITURE PROCEEDINGS ARE NOW PENDING AGAINST THE FOLLOWING PROPERTY:**

| Inventory No. | Description (include VIN, serial or model no.) |
|---|---|
| 10736607 | $300.00 U.S.C. |

This property has an estimated total value of $300.00.
This property was seized by law enforcement authorities on 4/29/2006, at the location of 5100 W. Division, Chicago, IL. This property has been determined to be subject to forfeiture under the provisions of the Controlled Substances Act or the Cannabis Control Act and/or the Methamphetamine Control and Community Protection Act and/or provisions of pertaining to the offense of Money Laundering.

**SUMMARY OF PROCEDURAL RIGHTS**

As an owner or interest holder in the above property, your interest in this property may be forfeited unless you file a verified claim for the return of the property with the Cook County State's Attorney whose address is:
Cook County State's Attorney Forfeiture Unit
50 W. Washington, Room 303
Chicago, IL. 60602
setting forth your interest in the property and the reasons why your interest is not subject to forfeiture. You must also file a cost bond in the form of a cashier's check made payable to the **Clerk of the Circuit Court of Cook County** in the amount of 10% of the estimated total value of the property or $100, whichever is greater. If you are indigent, you may file an indigency affidavit instead of the cost bond. You have forty-five days from the date this notice was mailed to file the verified claim and cost bond with the State's Attorney.
**If you fail to file the claim and cost bond within 45 days of the date this notice was mailed, your interest in the property will be forfeited to the State of Illinois.**

DATE: 7/31/2006
Asst. State's Attorney Paul Sabin
Supervisor, Forfeiture Unit

July July
July
July