

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

KC **FILED**
DEC 0 5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| **Plaintiff(s):** MARIO L. HEARRING | **Defendant(s):** | CHICAGO POLICE DEPARTMENT 25TH DISTRICT, et al. |
| **County of Residence:** CRAWFORD | **County of Residence:** | |
| **Plaintiff's Address:** Mario L. Hearring K-84655 Robinson - RCC P.O. Box 900 Robinson, IL 62454 | **Defendant's Attorney:** | |

07CV6850
JUDGE LINDBERG
MAGISTRATE JUDGE COLE

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes ☑ No

**Signature:** *A. F. Woodham*  **Date:** 12/05/2007