UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Mario L. Hearring
                                                   Plaintiff,

v.                                                                           Case No.: 1:07−cv−06850
                                                                             Honorable George W. Lindberg

Chicago Police Department, et al.
                                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 17, 2008:

        MINUTE entry before Judge George W. Lindberg :This case is dismissed. All pending motions are denied. In a minute order dated December 12, 2007, the court ordered plaintiff to submit additional documents to support his motion to proceed in forma pauperis, within 30 days. The court cautioned plaintiff that if he failed to timely submit the ordered documents, his case would be dismissed. Plaintiff has not timely submitted the ordered documents. Accordingly, the case is dismissed. Civil case terminated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.